**Electronically Filed
Supreme Court
SCWC-11-0000661
06-FEB-2014
02:41 PM**

SCWC-11-0000661

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

STANLEY K. HUIHUI, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000661; FC-CR. NO. 10-1-27K)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.
and Circuit Judge Sakamoto, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on December 30, 2013, is hereby accepted and

will be scheduled for oral argument. The parties will be

notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, February 6, 2014.

Craig W. Jerome
for petitioner

Kimberly B. Taniyama
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karl K. Sakamoto

